In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the City of New York, Pursuant to Chapter 4 of the Laws of 1891, and the Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquiring, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad, Certain Real Property and Rights and Easements in, through, under, on and over Certain Real Property Situated on Schermerhorn Street, between Bond Street and Third Avenue, Lafayette Avenue, between Flatbush Avenue and St. Felix Street, and at Southwest Corner of Fulton Street and Ashland Place, in the Borough of Brooklyn, City of New York, Proceeding No. 4, Route No. 107, Section No. 6. JOHN J. BEATTY, Appellant; CHARLES W. BERRY, as Comptroller of The City of New York, Respondent.— Order in so far as appealed from reversed upon the law and the facts, with ten dollars costs and disbursements, and matter remitted to Special Term for further hearing as to the value of appellant's services. There is nothing in the present record, beyond the statement of the justice making the order appealed from, to show that appellant's bills are excessive or fraudulent. Lazansky, P. J., Young, Kapper, Hagerty and Carswell, JJ., concur.

In the Matter of the Application of HARRY STANBROUGH MONELL, Respondent, for an Order of Mandamus against PATRICK H. HAYES and Others, as Members of and Constituting the Board of Commissioners of The Home of the City and Town of Newburgh, Appellants.— Order granting petitioner's motion for a bill of particulars affirmed, with ten dollars costs and disbursements; the bill to be served within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of the Petition of ROSIE MONTAG and SAMUEL SPRUNG to Render and Settle Their Account as Executors of ABRAHAM MONTAG, Deceased. ROSIE MONTAG, as Executrix, etc., of ABRAHAM MONTAG, Deceased, and Others, Appellants; SAMUEL SPRUNG, as Executor, etc., of ABRAHAM MONTAG, Deceased, Respondent.— Order of the Surrogate's Court of Kings county denying motion to open decree in so far as it concerns the allowance of attorney's fees affirmed, without costs. We are of opinion that the surrogate had power to open the decree for the consideration of the attorney's services as the circumstances are presented by the record. We are also of opinion that the motion was properly decided on the merits. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.